**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF VIRGINIA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **BT Group, Inc** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  BTG** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-4236603** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |

**30 Catoctin Circle SE, Suite 201
Leesburg, VA 20175**
Number, Street, City, State & ZIP Code

P.O. Box, Number, Street, City, State & ZIP Code

**Loudoun**
County

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.btggroup.net** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | BT Group, Inc | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

<u>5172</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | | Relationship | |
|---|---|---|---|---|
| District | | When | Case number, if known | |

Debtor    **BT Group, Inc**
_____ Case number (*if known*) _____
Name

---

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                        Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
          Contact name _____
          Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **BT Group, Inc** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 31, 2018**
MM / DD / YYYY

**X** **/s/ Sossina Tafari**        **Sossina Tafari**
Signature of authorized representative of debtor      Printed name

Title   **Chief Operating Officer**

---

**18. Signature of attorney**

**X** **/s/ David E. Lynn**       Date **December 31, 2018**
Signature of attorney for debtor       MM / DD / YYYY

**David E. Lynn VSB#90409**
Printed name

**David E. Lynn, P.C.**
Firm name

**15245 Shady Grove Road, Suite 465 N**
**Rockville, MD 20850**
Number, Street, City, State & ZIP Code

Contact phone   **301-255-0100**     Email address   **davidlynn@verizon.net**

**VSB#90409 VA**
Bar number and State

---

In re   **BT Group, Inc** _____   Case No. _____

Debtor(s)

# FORM 1. VOLUNTARY PETITION
### Attachment A

## WRITTEN CONSENT IN LIEU OF A SPECIAL MEETING OF THE
## BT GROUP, INC.

The undersigned, Chief Operating Officer of BT GROUP, INC. (the "Company") reports on the following resolution adopted by a majority of current shareholders of the Company who would be entitled to vote upon the resolutions hereinafter set forth at a formal meeting of the Members of said Company held for the purpose of acting upon such resolutions, intended to have the same force and effect as if adopted at a formal meeting of the Members of said Company:

WHEREAS, the Company is indebted to various persons and is unable to pay its debts in full as they become due and payable, and desires to make an arrangement with its creditors; and

WHEREAS, the Company is in need of legal counsel to protect the interests of the Company, its creditors and other interested parties in the resolution of these financial difficulties,

BE IT THEREFORE RESOLVED:  That in the judgment of the shareholders of the Company, it would be in the best interests of the Company, its creditors and other interested parties that a Chapter 7 proceeding be filed for the Company in the United States Bankruptcy Court for the Eastern District of Virginia, and it is

FURTHER RESOLVED:  That Sossina Tafari, Chief Operating Officer of the Company, is hereby authorized and directed on behalf of the Company to perform all acts, execute all papers and do all things reasonably necessary and incident to the filing and continuing prosecution of such a Chapter 7 proceeding, and it is

FURTHER RESOLVED:  That the Company is authorized to retain and employ as legal counsel the firm of David E. Lynn, P.C., of Rockville, Maryland for such Chapter 7 proceedings, and to pay that firm a retainer of $8,950.00 for such services.


Dated:  Dec. 31, 2018 _____        */s/ Sossina Tafari* _____
Sossina Tafari, Chief Operating Officer

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **BT Group, Inc** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number (if known) | |

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __December 31, 2018__    *X* /s/ Sossina Tafari
                                        Signature of individual signing on behalf of debtor

                                        **Sossina Tafari**
                                        Printed name

                                        **Chief Operating Officer**
                                        Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**BT Group, Inc**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF VIRGINIA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

<table>
<tr><td colspan="3">Part 1:   Summary of Assets</td></tr>
</table>

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*................................................................ $ _____ **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................. $ _____ **1,239,835.28**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................... $ _____ **1,239,835.28**

<table>
<tr><td colspan="3">Part 2:   Summary of Liabilities</td></tr>
</table>

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $ _____ **0.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................ $ _____ **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............... +$ _____ **1,115,466.02**

4. Total liabilities ....................................................................................................
    Lines 2 + 3a + 3b                                                              $ _____ **1,115,466.02**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **BT Group, Inc**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Bank Of America** | **Checking** | 2813 | $61,187.51 |
| 3.2. | **Wells Fargo Bank** | **Checking** | 2058 | $3,938.27 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**                                                    $65,125.78
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

| 7.1. | **Landlord's security deposit.  In possession of Virginia Village Holdings, LLC, 44031 Pipeline Plaza, Suite 100, Leesburg, VA 20175.** | $5,646.50 |
| --- | --- | --- |
| 7.2. | **Security deposit.  In possession of Tata Communications, 2355 Dulles Corner Blvd., 7th Floor, Herndon, VA 20171.** | $10,000.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **BT Group, Inc** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                                                        **$15,646.50**
Add lines 7 through 8. Copy the total to line 81.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:            **776,362.00**     -                    **0.00**    = ....              **$776,362.00**
                                            face amount                doubtful or uncollectible accounts

11b. Over 90 days old:              **333,952.00**     -                    **0.00**    = ....              **$333,952.00**
                                            face amount                doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                                                        **$1,110,314.00**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39.    **Office furniture**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor    **BT Group, Inc**                                    Case number *(If known)* _____
Name

| Depreciation schedule available. See attached list for detail. | $6,027.00 | Appraisal | $6,690.00 |
| --- | --- | --- | --- |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

| **Depreciation schedule available. See attached list for detail.** | $53,001.00 | Comparable sale | $42,059.00 |
| --- | --- | --- | --- |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.                          $48,749.00

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
■ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |

47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| **None other than as described in Parts 39 & 41, shown above** | $0.00 | | $0.00 |
| --- | --- | --- | --- |

51.    **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.                          $0.00

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **BT Group, Inc** | Case number *(If known)* |
|---|---|---|
| | Name | |

☐ No
■ Yes

**Real property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55.     Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Leased Office Space 30 Catoctin Circle SE, Suite 201 Leesburg, VA 20175** | Lessee | $0.00 | | Undetermined |

**56.    Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$0.00

**57.    Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

**58.    Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.    Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.    Internet domain names and websites www.btggroup.net** | $0.00 | | Undetermined |
| **62.    Licenses, franchises, and royalties** | | | |
| **63.    Customer lists, mailing lists, or other compilations** | | | |
| **64.    Other intangibles, or intellectual property** | | | |
| **65.    Goodwill** | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **BT Group, Inc** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| |
|---|
| **$0.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **BT Group, Inc** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

**Part 12:**  **Summary**

---

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $65,125.78 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $15,646.50 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,110,314.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $48,749.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,239,835.28 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,239,835.28 |

# Fixed Asset Listing

## 15010 · Computers/Printers

| Date | Num | Name | Memo | Amount | Book Value | FMV Sage | FMV Ebay | Comments |
|---|---|---|---|---|---|---|---|---|
| 12/31/2012 | 2012-10 | | Server 1 (CDR Storage) | 500.00 | - | No Value | | |
| 12/31/2012 | 2012-10 | | Server 2 (CDR Storage) | 500.00 | - | No Value | | |
| 12/31/2012 | 2012-10 | | Server 3 (CDR Storage) | 500.00 | - | No Value | | |
| 12/31/2012 | 2012-10 | | Server 4 (CDR Storage) | 500.00 | - | No Value | | |
| 06/11/2013 | | Apple Store | iMac | 3,161.85 | - | 89.00 | 108.00 | |
| 06/16/2013 | | Apple Store | MBAir 11.5 | 1,310.40 | - | | | Miami |
| 06/16/2013 | | Apple Store | MBAir 13.3 | 1,415.40 | - | | | Retired |
| 02/05/2014 | QB-0031097 | Ashley Cyber Services LLC | Dell Latitude E6530 | 1,566.00 | 91.00 | No Value | 130.00 | Retired |
| 02/05/2014 | QB-0031097 | Ashley Cyber Services LLC | Dell Latitude E6530 | 1,705.00 | 99.00 | No Value | 130.00 | |
| 04/21/2014 | 168130 | Verizon Wireless | iPad (ST) | 900.00 | | | | retired |
| 08/18/2014 | 0030858 | Ashley Cyber Services LLC | Dell Laptop (NOC) | 1,844.95 | 106.00 | | | Overseas |
| 08/18/2014 | 0030858 | Ashley Cyber Services LLC | Dell Laptop (Sales) | 1,844.95 | 106.00 | | | Miami |
| 09/08/2014 | | Dell | Dell Latitude 15 5000 Series | 1,006.87 | 68.00 | No Value | 119.00 | |
| 09/08/2014 | | Dell | Dell Latitude 15 5000 Series | 1,174.02 | 59.00 | No Value | 119.00 | |
| 09/16/2014 | QB-0031924 | Ashley Cyber Services LLC | Dell Latitude E6540 Laptop | 2,055.58 | 118.00 | No Value | 109.00 | |
| 09/16/2014 | QB-0031924 | Ashley Cyber Services LLC | Dell Power Edge Tower Server | 6,966.36 | 403.00 | No Value | 2,250.00 | |
| 09/16/2014 | QB-0031924 | Ashley Cyber Services LLC | Western Digital 4 TB WD hard drives | 807.12 | 47.00 | 39.00 | 39.00 | |
| 10/01/2014 | | Office Depot | Epson EX3220 | 536.65 | 31.00 | No Value | 149.00 | |
| 12/29/2014 | QB-0032055 | Ashley Cyber Services LLC | Dell Latitude E6540 | 2,119.18 | 122.00 | No Value | 109.00 | |
| 12/29/2014 | QB-0032055 | Ashley Cyber Services LLC | Dell Latitude E7440 | 2,112.37 | 122.00 | No Value | 119.00 | |
| 12/29/2014 | QB-0032055 | Ashley Cyber Services LLC | Dell Latitude E7440 | 2,112.37 | 122.00 | No Value | 119.00 | |
| 12/29/2014 | QB-0032055 | Ashley Cyber Services LLC | Dell Latitude E7440 | 2,112.37 | 122.00 | No Value | 119.00 | |
| 12/30/2014 | 2014-64 | | Dell Inspiron 3542 | 583.00 | 33.00 | | | retired |
| 01/16/2015 | AT-0030985 | Ashley Cyber Services LLC | Dell Latitude E7440 | 2,112.32 | 365.00 | No Value | 119.00 | |
| 02/27/2015 | | Apple Store | MBP 15.4 | 3,390.94 | | | | Retired |
| 03/23/2015 | QB-0032184 | Ashley Cyber Services LLC | Dell Latitude E6540 Laptop | 2,034.13 | 351.00 | No Value | 109.00 | |
| 03/23/2015 | QB-0032184 | Ashley Cyber Services LLC | Dell Latitude E6540 Laptop | 2,034.13 | 351.00 | No Value | 109.00 | |
| 06/02/2015 | | Online Apple Store | Apple Thunderbolt Display -USA System | 1,058.94 | | | | Overseas |
| 10/23/2015 | QB-0032520 | Ashley Cyber Services LLC | Dell E6540 | 1,728.63 | 299.00 | No Value | 119.00 | |
| 04/07/2016 | 0031206 | Ashley Cyber Services LLC | Dell Latitude E7470 | 2,061.34 | | No Value | No Value | TD/Retire - |
| 04/07/2016 | 0031206 | Ashley Cyber Services LLC | Dell Latitude E7470 | 2,061.34 | 593.00 | No Value | 119.00 | ST |
| 06/09/2016 | 0031242 | Ashley Cyber Services LLC | Dell E7470 | 1,669.34 | 481.00 | No Value | 359.00 | |
| 07/15/2016 | QB-0032918 | Ashley Cyber Services LLC | Dell Latitude E7470 | 1,907.93 | 549.00 | No Value | No Value | ST/Retire - base cracked |

11:15 AM
12/10/18
Accrual Basis

## Fixed Asset Listing

| Date | Num | Name | Memo | Amount | Book Value | FMV Sage | FMV Ebay | Comments |
|------|-----|------|------|--------|-----------|----------|----------|----------|
| 12/22/2016 | QB-0033203 | Ashley Cyber Services LLC | Dell Latitude E5550 | 1,174.97 | 338.00 | No Value | 149.00 | |
| 10/18/2017 | QB-0033623 | Ashley Cyber Services LLC | Dell Latitude 5480 Laptop | 1,527.02 | 733.00 | No Value | 145.00 | |
| 10/18/2017 | QB-0033623 | Ashley Cyber Services LLC | Dell Latitude 5580 Laptop - spare | 1,533.04 | 735.00 | No Value | 145.00 | |
| 10/18/2017 | QB-0033624 | Ashley Cyber Services LLC | Dell Latitude 7480 Laptop | 2,017.46 | 969.00 | | | retired |
| Total 15010 · Computers/Printers | | | | 63,645.97 | | | | |
| **15020 · Equipment** | | | | | | | | |
| 05/31/2013 | 2013-1 | Sansay Inc. | Turn Key Location Build | 22,500.00 | - | | | Attached to rack - not removable |
| 05/31/2013 | 2013-1 | Sansay Inc. | VSXi-500 Peering Edition Primary System (Switch | 12,900.00 | | | | Software |
| 07/01/2013 | QB-0030702 | Ashley Cyber Services LLC | SonicWALL TZ215 Wireless UTM Firewall Security | 847.95 | - | No value | 139.00 | |
| 01/21/2014 | 2014-1 | Sansay Inc. | 500 Peering Session NLZ Expansion (License) | 18,000.00 | - | | | Software |
| 03/17/2014 | SAN-20140312-kn2 | Sansay Inc. | Sansay INX IM5 IU backup system | 11,000.00 | 634.00 | | 1,000.00 | Server |
| 03/20/2014 | 2014-13 | Sansay Inc. | Sansay 1000 Peering Session NLZ Expansion (Lice | 32,000.00 | | | | Software |
| 10/27/2014 | 2014-55 | Sansay Inc. | 500 Peering Session NLZ Expansion (License) | 16,000.00 | | | | Software |
| 01/23/2015 | 2015-5 | Sansay Inc. | Purchase 1500 Peering Session NLZ Expansion (Li | 42,000.00 | | | | Software |
| 01/26/2015 | 2015-6 | Sansay Inc. | Purchase 1,000 Peering Session NLZ Expansion (I | 21,333.33 | | | | Software |
| 03/19/2015 | | Best Buy | 55" Samsung Smart TV | 741.99 | 130.00 | No value | 199.00 | |
| 05/07/2015 | | Curvature | ASA 5520 appliance | 1,533.49 | 480.00 | 229.00 | 229.00 | |
| 02/26/2017 | | CDW Direct | Cisco Routers for Ashburn data center | 65,048.09 | 39,823.00 | | 32,000.00 | $10-15k per box |
| 02/27/2017 | | CDW Direct | Cisco routers for Ashburn data center | 7,383.82 | 4,521.00 | | 3,500.00 | |
| Total 15020 · Equipment | | | | 251,288.67 | 53,001.00 | | 42,059.00 | |
| **15030 · Furniture** | | | | | | | | |
| 06/10/2013 | 1011 | William Data Systems, Inc. | Conf table, 2 desks, 36" table, 8 office chairs, 4 cl | 1,200.00 | 161.00 | 300.00 | | Estimate 25% of purchase |
| 07/17/2013 | 03919E | US Business Interiors Inc. | 4 desks w/ returns and file drawers | 4,884.02 | 654.00 | 1,221.01 | | Estimate 25% of purchase |
| 12/02/2013 | 118867-38 | US Business Interiors Inc. | 2 desks | 2,160.61 | 289.61 | 540.15 | | Estimate 25% of purchase |
| 02/21/2014 | 119770-38 | US Business Interiors Inc. | 6 chairs | 3,204.55 | 715.00 | 801.14 | | Estimate 25% of purchase |
| 04/17/2014 | 12052-38 | US Business Interiors Inc. | 2 desks, 1 table, 2 chairs, 1 filing cabinet | 3,793.29 | 846.00 | 948.32 | | Estimate 25% of purchase |
| 11/12/2014 | | US Business Interiors Inc. | Office furniture | 2,668.31 | 596.00 | 667.08 | | Estimate 25% of purchase |
| 02/04/2015 | | US Business Interiors Inc. | New office space furniture | 8,848.18 | 2,764.00 | 2,212.05 | | Estimate 25% of purchase |
| Total 15030 · Furniture | | | | 26,758.96 | 6,025.61 | 6,689.74 | | |
| **15040 · Software** | | | | | | | | |
| AS | | | | | | | | |
| 11/07/2017 | | Intuit | Quickbooks Premier 2018 | 749.95 | | No value | | Software |
| 11/08/2017 | | Intuit | Quickbooks Premier 2018 (add'l license) | 230.00 | | No value | | Software |
| Total 15040 · Software | | | | 979.95 | | | | |
| | | | | | | | | |
| **Total 15000 · Furniture and Equipment** | | | | **342,673.55** | | | | |

**BT Group, Inc. - Accounts Receivable**

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country | ClaimAmt |
|------|-----------|-----------|-----------|------|-------|-----|---------|----------|
| Callvox, LLC | Ben Farzam | 330 West 38th Street | Suite 1406 | New York | NY | 10018 | USA | $ 184.98 |
| CIMA Telecom | | 1728 SW 22nd Street | Suite 600 | Miami | FL | 33145 | USA | $ 267.69 |
| Deutsche Telekom AG | c/o Deutsche Telekom Services Europe GmbH | Friedrich-Elbert-Allee 140 | | Bonn | | 53113 | Germany | $ 5,470.35 |
| IDT | Attn: Legal | 520 Broad Street | | Newark | New Jersey | 07012 | USA | $ 1,485.17 |
| Lebara Ltd | | 25 Copthall Avenue | | London | | EC2R 7BP | United Kingdom | $ 4,227.98 |
| Magenta Line, LLC | | 300 Delaware Avenue | Suite 210-A | Wilmington | DE | 19801 | USA | $ 199.10 |
| Nobel Ltd | | Canon's Court | Victoria Street | Hamilton | | HM 12 | Bermuda | $ 1,325.49 |
| Nymgo SA | Ghana Bteich | Suite 14 | 3 Rue Thomas Edisson | Strassen | | L-1445 | Luxembourg | $ 593.43 |
| Omani Qatari Telecommunications Company SAOG | Iyad Abu-Nemeh | P.O. Box 874, PC11 | Central Post Office | | | | Sultanate of Oman | $ 3,396.19 |
| Omantel International Ltd | Baha Al Lawati, GM Carrier & Roaming Services | Walkers Corporate Limited, Cayman Corporate Centre | 27 Horspital Road | George Town | Grand Cayman | KY1-9008 | Cayman Islands | $ 50,906.44 |
| OTE International Solutions S.A. | Mrs. Anda Papaconstantinou | (Oteglobe S.A.) | 6-8, Agissilaou & Zinonos Eleatou Str. 151 23 Maroussi | Athens | | | Greece | $ 3,278.50 |
| QXTEL Limited | Legal Department | 14 Manchester Square | Miner House | London | | W1U 3PP | United Kingdom | $ 387.84 |
| SAMA S.A.L. Offshore | EVP Ali Yahya | 5th Floor Vanrise Building | Samaan | Beirut | | | Lebanon | $ 1,048.83 |
| Sunrise Communications AG | | Ginsmuhlestrasse 130 | | Zurich | | CH 8050 | Switzerland | $ 242.19 |
| Swissphone Carrier AG | Attn: Ralf Koehler | Fehmisstrasse 21 | | Samstagern | | | Switzerland | $ 239.24 |
| Telekom Malaysia Berhad | | Level 51, North Wing, Menara TM | Jalan Pantal Baharu | Kuala Lumpor | | 50672 | Malaysia | $ 16,834.37 |
| Telenor Global Services AS | | P.O. Box 800 | Snaroyveien 30 | 1360 Fornebu | | | Norway | $ 9,847.29 |
| Telia | Attn: Legal | 2325 Sulles Corner Boulevard | Suite 550 | Herndon | Virginia | 20171 | USA | $ 19,671.15 |
| Telstra International Limited | Eleanor Sweeney, Executive Director Global Sales | Level 19, Telecom House | 3 Gloucester Road | Wanchai | | | Hong Kong | $ 14,324.73 |
| Titan International Wholesale, Inc. | Dani Zoldan | 236 West 78th Street | | New York | NY | 10024 | USA | $ 300.89 |
| UPM Technology, Inc. | Attn: Sales | 3000 NW Stucki Place, Suite 100 | | Hillsboro | OR | 97124 | USA | $ 9,028.30 |
| Verscom LLC. | Legal Department | 501 Silverside Road | Suite 105 | Wilmington | DE | 18909 | USA | $ 7,221.71 |
| Vesper Technology Ltd. | | Rooms 05-15, 15A/F South Tower, Harbour City | 17 Canton Road | Tsim Sha Tsui | Kowloon | | Hong Kong | $ 229.55 |
| Viber Media S.a.r.l. | Attn: Director | 2, rue du Fosse | | | | L-1536 | Luxembourg | $ 551.73 |
| Vinculum Communications, Inc. | Attn: Bryon Borhardt | 5935 Cornerstone Court West | Suite 130 | San Diego | CA | 92121 | USA | $ 2,744.71 |
| Vodafone Enterprise Global Limited | | Mountain View, Central Park | Leopardstown | Dublin 18 | | | Ireland | $ 559,771.69 |
| Vodafone US Inc., d/b/a Vodafone Americas | | 500 Lexington Avenue, 8th Floor | | New York | New York | 10022 | USA | $ 381,171.11 |
| WorldPoint Communications, Inc (WPC) | Attn: Legal | 75 South Broadway, Suite 400 | | White Plains | New York | 10601 | USA | $ 1,755.42 |
| XFONE 018 Ltd | Doron Illan, CFO | 1 Odem Street | | Petach Tikva | | | Israel | $ 2,366.96 |
| Zaheen Telecom SRL | | World Trade Center Montreal Plaza, nr. 10 | Main Entrance, 2nd Floor Rm 2.10&2, Sector 1 | Bucharest | | | Romania | $ 740.21 |

**Fill in this information to identify the case:**

Debtor name          **BT Group, Inc**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF VIRGINIA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **BT Group, Inc**

United States Bankruptcy Court for the: EASTERN DISTRICT OF VIRGINIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,893.63 |
|---|---|---|---|

**9 EONS**
**Atterbury Lakes**
**Milton Keynes**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,750.24 |
|---|---|---|---|

**Afinna One s.r.l. Legal Dept.**
**Viadat. Giovanni Gronchi 11/13**
**Rome, 00139**
**ITALY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,350.70 |
|---|---|---|---|

**Akton d.o.o.**
**Dunajska cesta 9**
**Ljubijana 1000**
**SLOVENIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,444.41 |
|---|---|---|---|

**Annecto Telecom Ltd**
**1 Bell Street, 2nd Floor**
**London NW1 5BY**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | BT Group, Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,626.98**
---

**Argon Telecom Svcs/A.Halsall**
**93-95 Gloucester Place**
**London W1U 6JQ**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | | **$2,200.00**

**Arptel DMCC**
**6066 Mazaya Bus. Ave BBI**
**Jumeirah Lakes Tow. Dubai**
**UAE**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | | **$16,404.91**

**Asia Telecom Limited**
**16/F Tai Yip Bldg.**
**141 Thomson Road, Wanchai**
**HONG KONG**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | | **$10,992.36**

**AVYS Wholesale LDA**
**Rua Joaquim Antonio de Aguiar**
**N N 45 2 Esq, Lisbon 1070-1050**
**PORTUGAL**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | | **$10,551.58**

**BAWAY LLC**
**801 Brickell Avenue Suite 900**
**Miami, FL 33131**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | | **$9,653.51**

**Capital City Svc. Ltd.**
**A Tarakanov /54 Clarendon Rd**
**Watford Hertfordshire WD171DU**
**UNITED KINGDOM**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | | **Undetermined**

**China Telecom Global Limited**
**38th Floor, Everbright Center**
**108 Gloucester Rd. Wanchai**
**HONG KONG**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | BT Group, Inc | | Case number *(if known)* | |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**3.12** **Nonpriority creditor's name and mailing address**

**Cogent Communications**
**2450 N Street NW**
**Washington, DC 20037**

**Date(s) debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,666.62**

---

**3.13** **Nonpriority creditor's name and mailing address**

**Data Access Solutions Inc.**
**15 Wertheim Court Unit 107**
**Richmond Hill, Ontario**
**CANADA**

**Date(s) debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$33,244.26**

---

**3.14** **Nonpriority creditor's name and mailing address**

**Dial Telecommunications LP**
**24 Station Square, Suite 16**
**Inverness 1V1 1LD**
**SCOTLAND**

**Date(s) debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$48,946.42**

---

**3.15** **Nonpriority creditor's name and mailing address**

**Digitalk**
**488 Madison Avenue**
**New York, NY 10022**

**Date(s) debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,000.00**

---

**3.16** **Nonpriority creditor's name and mailing address**

**ECO Networks SIA**
**Ludmila Kudrjashova -Duntes 6**
**Riga LV-1013**
**LATVIA**

**Date(s) debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,148.16**

---

**3.17** **Nonpriority creditor's name and mailing address**

**Epsilon Telecommunications**
**Telephone House, 3rd Floor**
**69-77 Paul St London EC2A 4NW**
**UNITED KINGDOM**

**Date(s) debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,400.50**

---

**3.18** **Nonpriority creditor's name and mailing address**

**Equinix, Inc.**
**4252 Solutions Center**
**Chicago, IL 60677-4002**

**Date(s) debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$11,758.92**

---

| Debtor | BT Group, Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$75,322.87**

**ERAMAT LTD/ERAVOIP Legal**
**Blk A 15/F Hiller Commerican**
**65-67 BohnamStr E Sheung Wan**
**HONG KONG**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20,269.92**

**Euroweb Romania Wholesale V**
**102 Lipscani Street, 3rd Floor**
**Bucharest 30039**
**ROMANIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,236.05**

**First Tech Dev PTE, LTD.**
**Mahreen Nasir**
**1 North Bridge Road**
**SINGAPORE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15,902.78**

**GCN Global Commun.Networks**
**Billing - 353 West 48th Street**
**4th Floor, Suite 340**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$68,583.89**

**Golem.com sri Marco D'Aurelio**
**via Morimondo 26**
**Milan 201**
**ITALY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,789.88**

**Gsoft Technologies FZC Legal**
**UAE Freezone Business Centre**
**3 Ras Al Khaimah Free Zone**
**UAE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$19,806.14**

**HGC Global Commun.Ltd .**
**17/F Hutchison Telecom Tower**
**99 Cheung Fai Road Tsing Yi**
**HONG KONG**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | BT Group, Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

### 3.26

**Nonpriority creditor's name and mailing address**

**Janacom LTD**
**8 St James Crescent**
**Swansea SA1 6DZ**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$8,401.75**

### 3.27

**Nonpriority creditor's name and mailing address**

**Jigsaw Solutions Inc.**
**New Horizon Bldg, Ground Flr.**
**3/12Miles PhilipSW BelizeCity**
**BELIZE**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,307.16**

### 3.28

**Nonpriority creditor's name and mailing address**

**Junctionz Limited**
**Level 6D Main Ofc Twr FinanPrk**
**87018 Labuan, F.T. Labaun**
**MALAYSIA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$11,868.37**

### 3.29

**Nonpriority creditor's name and mailing address**

**Lensol's LLC**
**848 N Rainbow Road**
**Las Vegas, NV 89107**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$38,615.65**

### 3.30

**Nonpriority creditor's name and mailing address**

**Lexico Telecom Legal Dept**
**P.O. Box 3321**
**Drake Chambers Rd. Tortola**
**BVI**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$7,506.60**

### 3.31

**Nonpriority creditor's name and mailing address**

**Liquid Telecom Kenya Limited**
**SameerBusPk BlockA Mombasa**
**P.O. Box 62499-00200 Nairobi**
**KENYA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$63,351.16**

### 3.32

**Nonpriority creditor's name and mailing address**

**Mainberg Ltd.**
**#D, 11/F Kings Tower Kowloon**
**111 King Lam St, Lai Chi Kok**
**HONG KONG**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$26,531.18**

| Debtor | BT Group, Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,492.00 |
|---|---|---|---|

**N.C. Net-Connect (CY) Ltd.**
**2 Ayios Pavlos & Kadmos Street**
**Wisdom Twr, 3rd Flr Nicosia**
**CYPRUS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,848.31 |
|---|---|---|---|

**OM Telentia Limited**
**Rm603, 6/FS.China Indl Bldg1**
**ChunPin, Kwai Chung NewTer**
**HONG KONG**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,055.29 |
|---|---|---|---|

**PC Global Offshore S.A.L.**
**Mouzannar Plaza, 3rd Floor**
**Beirut**
**LEBANON**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,580.70 |
|---|---|---|---|

**Progressive Telecom, LLC**
**3422 Old Capitol Trail**
**Suite 1483**
**Wilmington, DE 19808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,928.33 |
|---|---|---|---|

**Rovex Limited**
**Clarence Thomas Building**
**Box 4649 Road Town, Tortola**
**BVI**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97,375.78 |
|---|---|---|---|

**Safaricom Limited**
**Safaricom House, Waiyaki Way**
**P.O. Box 66827 Nairobi 00800**
**KENYA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,032.87 |
|---|---|---|---|

**Safarifone FZ/Somacom**
**G-06,DIC Building15(Dell Bldg)**
**Dubai Internet City Dubai**
**UAE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | BT Group, Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,519.43**

Safarifone Inc. Ops. Mgr.
1920 Weston Road Suite 207
Toronto, Ontario
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$58,938.10**

Saicom Voice Services(PTY)Ltd.
158 Jan Smuts Ave, Rosebank
Johannesburg, Gauteng 2121
SOUTH AFRICA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,328.81**

SIPStatus Legal Department
Alexandru Iaon Cuza Blvd.
Bucharest
ROMANIA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,666.50**

SSH Networks
204-B Swiss Towers
Jumeirah Lake, Dubai
UAE

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,848.34**

TATA Communications (Amer)
2355 Dulles Corner Blvd
7th Floor
Herndon, VA 20171

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,653.17**

Technology Distribution Ltd.
18-24 Stoke Road
Slough, Berkshire SL2 5AG
UNITED KINGDOM

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,144.14**

TELASCO Communications Ltd
Dept 706 19-21 Crawford Street
London W1H IPJ
UNITED KINGDOM

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | BT Group, Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.47**

**Nonpriority creditor's name and mailing address**
Telecom Services Network
Shruti Vashishth
4231 Dant Blvd
Reno, NV 89509

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$26,026.08**

---

**3.48**

**Nonpriority creditor's name and mailing address**
TELEFONIX Inc. Billing Dept
410 Chrislea Road, Unit 12
CityofVaughanOntario L4L 8B5
CANADA

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,452.54**

---

**3.49**

**Nonpriority creditor's name and mailing address**
TOP Wholesale Inc./Telecall
Marcy Building, 2nd Floor
Purcell Est Road Town Tortola
BVI

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$25,461.29**

---

**3.50**

**Nonpriority creditor's name and mailing address**
Town of Leesburg
25 W Market Street
Leesburg, VA 20176

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$63,383.29**

---

**3.51**

**Nonpriority creditor's name and mailing address**
Turk Telecom Intl AT AG
PUnited Kingdom s T.u. 8-10 H
2040 Buda rs
HUNGARY

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$26,253.01**

---

**3.52**

**Nonpriority creditor's name and mailing address**
U2 Telecom Inc.
998 Harbourside Drive Ste 124
N Vancouver, BC
CANADA

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$9,283.32**

---

**3.53**

**Nonpriority creditor's name and mailing address**
Virginia Village Holdings, LLC
PO Box 1789
Ashburn, VA 20146

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,646.50**

---

| Debtor | BT Group, Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,496.72 |
|---|---|---|---|

**VoIPShop TelecomLegal Dept**
**64 Arami str. Boulevard Plaza**
**87 Yerevan 0002**
**ARMENIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,118.81 |
|---|---|---|---|

**Wavecrest Ltd. Legal/Contracts**
**1st Flr Bishopgate Court**
**4-12 Norton Folg London E1 6DB**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,183.66 |
|---|---|---|---|

**World Hub Commun PTE, LTD**
**4F Bonham Trade Centre #403**
**50BonhamStrandSheungWan**
**HONG KONG**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,620.65 |
|---|---|---|---|

**Worldcom Intl Commun. Ltd.**
**103 High St. WaalthamCross**
**Hertford. EN87AN**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,502.67 |
|---|---|---|---|

**XICOMM, LLC**
**Finance Department**
**555 California Street Ste 4925**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,099.11 |
|---|---|---|---|

**Zone Voice Limited**
**3 Themistokli Dervi Street**
**Julia House Nicosia 1066**
**CYPRUS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

Debtor   **BT Group, Inc**

Name

Case number (if known)

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 1,115,466.02 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,115,466.02 |

**Fill in this information to identify the case:**

Debtor name    **BT Group, Inc**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
      (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Monthly service for test calls (QOS, premium and WTN)** | |
| | State the term remaining | **30 Days** | **Arptel DMCC 6066 Mazaya Bus. Ave BBI Jumeirah Lakes Tow. Dubai UAE** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **200 Mbps** | |
| | State the term remaining | **24 months from date of signing** | **Cogent Communications 2450 N Street NW Washington, DC 20037** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Billing service for call records** | |
| | State the term remaining | **22 months remaining** | **Digitalk 488 Madison Avenue New York, NY 10022** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **10 Mbps direct internet access via new GigE (0) Port from Bright Telecom Rack. Note: they have our equipment** | |
| | State the term remaining | **30 Days** | **Epsilon Telecommunications Telephone House, 3rd Floor 69-77 Paul St. London EC2A 4NW UNITED KINGDOM** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1    **BT Group, Inc**                                                    Case number *(if known)*
            First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Account Number 132475. Lease secure cabinet at data center in Ashburn, VA.** | |
|---|---|---|---|
| | State the term remaining | **30 Days** | |
| | List the contract number of any government contract | | **Equinix, Inc.**<br>**4252 Solutions Center**<br>**Chicago, IL 60677-4002** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease** | |
|---|---|---|---|
| | State the term remaining | **4/30/2021** | |
| | List the contract number of any government contract | | **Virginia Village Holdings LLC**<br>**c/o Keane Enterprises**<br>**44031 Pipeline Plaza, Ste.100**<br>**Leesburg, VA 20175** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name          **BT Group, Inc**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                           12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.1 | | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name      **BT Group, Inc**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)

☐ Check if this is an
    amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy           04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other | $15,193,021.00 |
| **For prior year:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other | $26,079,045.00 |
| **For year before that:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other | $22,569,451.00 |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2018** to **12/31/2018** | **John Marshall Bank - MMA** | $148.41 |
| **For prior year:**<br>From **1/01/2017** to **12/31/2017** | **John Marshall Bank - MMA** | $1,498.50 |
| **For year before that:**<br>From **1/01/2016** to **12/31/2016** | **John Marshall Bank - MMA** | $185.50 |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **BT Group, Inc** | Case number *(if known)* | |
|---|---|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   **See Attached List** | **see attached list** | **$1,057,141.46** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **See Attached List** | **see attached list** | **$208,381.10** | **Payroll & expenses, in ordinary course of business** |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

| Debtor | **BT Group, Inc** | Case number *(if known)* | |
|---|---|---|---|

■ None

---

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| **Part 5:** | **Certain Losses** |
|---|---|

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | David E Lynn PC<br>15245 Shady Grove Road<br>Suite 565 North<br>Rockville, MD 20850 | Retainer | 11/2/2018 | $8,950.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | BT Group, Inc | | Case number *(if known)* | |

■ None.

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |

| Part 7: | Previous Locations |

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
| --- | --- | --- |
| 14.1. | **210 Wirt Street SW, Suite 201<br>Leesburg, VA 20175** | **June 10, 2015-April 30, 2018** |

| Part 8: | Health Care Bankruptcies |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |

| Part 9: | Personally Identifiable Information |

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
| --- | --- |
| **BT Group, Inc 401 (k)** | EIN: **47-4236603** |

Has the plan been terminated?
☐ No
■ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | BT Group, Inc | Case number *(if known)* | |
|---|---|---|---|

### 18. Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **John Marshall Bank** | **XXXX-9193** | ☐ Checking<br>☐ Savings<br>■ Money Market<br>☐ Brokerage<br>☐ Other___ | **12/26/2018** | **$70,429.99** |
| 18.2. | **Silicon Valley Bank** | **XXXX-7025** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **11/19/2018** | **$211.36** |

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

### Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

### Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **BT Group, Inc**                                      Case number *(if known)*_____

similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No.
☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Sossina Tafari**<br>**Leesburg, VA 20175** | **Paper files stored at residence** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

| Debtor | **BT Group, Inc** | Case number *(if known)* | |

■ None

| Name and address |
| --- |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Sossina Tafari** | **Leesburg, VA 20175** | **COO** | **50%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **William C. Schmidt** | **Miami, FL 33132** | **Director** | **5%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Yolanda Faerber** | **Potomac, MD 20854** | **Asst Secy** | **2%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Katherine Fuller** | **Ashburn, VA 20147** | **Secretary** | **1%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| | | **Treasury** | **42%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| **Amir Yusuf** | **Baltimore, MD 21208** | **CEO** | **6/10/2015-6/27/2017** |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

Debtor    **BT Group, Inc**                                          Case number *(if known)* _____

|  | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | | | | **Payroll and expenses paid in ordinary course of business** |
| | see attached list | see attached list | see attached list | |
| | Relationship to debtor | | | |

---

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:** **Signature and Declaration**

   **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
   18 U.S.C. §§ 152, 1341, 1519, and 3571.

   I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on    **December 31, 2018**

   **/s/ Sossina Tafari**                                          **Sossina Tafari**
   Signature of individual signing on behalf of the debtor         Printed name

   Position or relationship to debtor    **Chief Operating Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

9:39 AM
12/27/18
Accrual Basis

**BTG Group, Inc.**
**Payments to Creditors in excess of $6425**

| Name | Date | Num | Amount | Last 90 Days | Services | Other |
|---|---|---|---|---|---|---|
| 382 Communications-V | 12/07/2018 | wire | (764.67) | | | |
| 382 Communications-V | 12/14/2018 | wire | (2,348.92) | | | |
| 382 Communications-V | 12/20/2018 | wire | (10,005.66) | | | |
| 382 Communications-V | 12/26/2018 | wire | (1,242.52) | | | |
| | | | (14,361.77) | 14,361.77 | | |
| | | | | | | |
| 9Eons | 10/19/2018 | wire | -3,884.41 | | | |
| 9Eons | 11/29/2018 | wire | -3,304.95 | | | |
| 9Eons | 12/27/2018 | wire | -4,852.42 | | | |
| | | | (12,041.78) | 12,041.78 | | |
| | | | | | | |
| AD Telecom Consulting SRL | 10/12/2018 | wire | (5,767.59) | | | |
| AD Telecom Consulting SRL | 11/08/2018 | wire | (3,711.99) | | | |
| AD Telecom Consulting SRL | 11/29/2018 | wire | (3,687.51) | | | |
| AD Telecom Consulting SRL | 12/19/2018 | wire | (5,975.93) | | | |
| | | | (19,143.02) | | 19,143.02 | |
| | | | | | | |
| AMC Telecom LLC | 10/19/2018 | ACH | (3,247.53) | | | |
| AMC Telecom LLC | 11/02/2018 | ACH | (6,572.11) | | | |
| AMC Telecom LLC | 11/16/2018 | ACH | (6,569.66) | | | |
| AMC Telecom LLC | 11/29/2018 | ACH | (4,134.55) | | | |
| AMC Telecom LLC | 12/10/2018 | ACH | (5,423.33) | | | |
| | | | (25,947.18) | 25,947.18 | | |
| | | | | | | |
| American Express (BTG) | 10/22/2018 | online | (2,410.77) | | | |
| American Express (BTG) | 11/19/2018 | online | (5,283.68) | | | |
| American Express (BTG) | 12/20/2018 | online | (4,814.56) | | | |
| | | | (12,509.01) | | | 12,509.01 |
| | | | | | | |
| Ammar Ahmed | 10/03/2018 | wire | (2,675.00) | | | |
| Ammar Ahmed | 11/02/2018 | wire | (2,500.00) | | | |
| Ammar Ahmed | 11/29/2018 | wire | (2,831.89) | | | |
| Ammar Ahmed | 12/26/2018 | wire | (3,750.00) | | | |
| | | | (11,756.89) | | 11,756.89 | |
| | | | | | | |
| Anastasiia Kupriienko | 10/10/2018 | wire | (5,538.00) | | | |
| Anastasiia Kupriienko | 11/14/2018 | wire | (5,965.00) | | | |
| Anastasiia Kupriienko | 12/07/2018 | wire | (4,795.00) | | | |
| Anastasiia Kupriienko | 12/14/2018 | wire | (3,205.00) | | | |
| Anastasiia Kupriienko | 12/27/2018 | wire | (4,465.00) | | | |
| | | | (23,968.00) | | 23,968.00 | |
| | | | | | | |
| Ashley Cyber Services LLC | 10/01/2018 | Online | (3,230.85) | | | |
| Ashley Cyber Services LLC | 10/19/2018 | 10100 | (4,813.98) | | | |
| Ashley Cyber Services LLC | 10/30/2018 | online | (3,230.85) | | | |

9:39 AM
12/27/18
Accrual Basis

**BT Group, Inc.**
**Payments to Creditors in excess of $6425**
**Last 90 Days**

| | | | | |
|---|---|---|---|---|
| Ashley Cyber Services LLC | 11/16/2018 | online | (3,695.75) | |
| Ashley Cyber Services LLC | 12/18/2018 | online | (3,730.40) | |
| Ashley Cyber Services LLC | 12/18/2018 | online | (3,710.60) | |
| Ashley Cyber Services LLC | 12/18/2018 | 10212 | (300.00) | |
| Ashley Cyber Services LLC | 12/27/2018 | online | (4,230.40) | |
| | | | (26,942.83) | 26,942.83 |
| | | | | |
| Asia Telecom-V | 10/03/2018 | wire | (21,617.63) | |
| Asia Telecom-V | 11/20/2018 | wire | (5,000.00) | |
| | | | (26,617.63) | 26,617.63 |
| | | | | |
| BAWAY LLC (Nexia Equity frmrly) | 10/17/2018 | ACH | (6,695.88) | |
| BAWAY LLC (Nexia Equity frmrly) | 11/02/2018 | ACH | (2,743.77) | |
| | | | (9,439.65) | 9,439.65 |
| | | | | |
| Carlos Datuin - NOC | 10/03/2018 | wire | (1,524.42) | |
| Carlos Datuin - NOC | 11/02/2018 | wire | (1,524.42) | |
| Carlos Datuin - NOC | 11/29/2018 | wire | (1,524.42) | |
| Carlos Datuin - NOC | 12/26/2018 | wire | (1,088.85) | |
| | | | (5,662.11) | 5,662.11 |
| | | | | |
| ChinaSkyline Telecom Co., Ltd | 10/19/2018 | wire | (4,569.31) | |
| ChinaSkyline Telecom Co., Ltd | 11/29/2018 | wire | (2,564.64) | |
| ChinaSkyline Telecom Co., Ltd | 12/18/2018 | wire | (3,782.42) | |
| | | | (10,916.37) | 10,916.37 |
| | | | | |
| Confab Telecom Inc | 11/02/2018 | wire | (4,500.00) | |
| Confab Telecom Inc | 11/29/2018 | wire | (4,874.87) | |
| | | | (9,374.87) | 9,374.87 |
| | | | | |
| Data Access | 10/15/2018 | wire | (6,446.99) | |
| Data Access | 10/23/2018 | wire | (1,637.20) | |
| Data Access | 11/09/2018 | wire | (5,306.65) | |
| Data Access | 11/16/2018 | wire | (2,816.22) | |
| Data Access | 11/29/2018 | wire | (5,353.11) | |
| | | | (21,560.17) | 21,560.17 |
| | | | | |
| David E. Lynn P.C. | 11/02/2018 | 10207 | (8,950.00) | 8,950.00 |
| | | | | |
| D-Flix IT Support LLC | 10/05/2018 | wire | (6,758.65) | |
| D-Flix IT Support LLC | 11/19/2018 | wire | (1,034.36) | |
| D-Flix IT Support LLC | 11/30/2018 | wire | (5,465.64) | |
| D-Flix IT Support LLC | 12/06/2018 | wire | (3,475.19) | |
| D-Flix IT Support LLC | 12/07/2018 | wire | (6,357.80) | |
| D-Flix IT Support LLC | 12/10/2018 | wire | (2,000.00) | |
| | | | (25,091.64) | 25,091.64 |

**9:39 AM**
**12/27/18**
**Accrual Basis**

# BT Group, Inc.
# Payments to Creditors in excess of $6425
**Last 90 Days**

| | | | | | | |
|---|---|---|---|---:|---:|---:|
| Dial Telecommunications LP | 10/19/2018 | wire | (15,029.71) | | | |
| Dial Telecommunications LP | 11/02/2018 | wire | (7,995.94) | | | |
| Dial Telecommunications LP | 11/29/2018 | wire | (5,041.14) | | | |
| Dial Telecommunications LP | 12/27/2018 | wire | (15,452.57) | | | |
| | | | (43,519.36) | 43,519.36 | | |
| | | | | | | |
| DLA Piper UK LLP | 10/05/2018 | wire | (5,000.00) | | | |
| DLA Piper UK LLP | 10/19/2018 | wire | (5,000.00) | | | |
| DLA Piper UK LLP | 11/02/2018 | wire | (15,026.80) | | | |
| | | | (25,026.80) | | 25,026.80 | |
| | | | | | | |
| EcoCarrier-V | 10/15/2018 | wire | (1,697.60) | | | |
| EcoCarrier-V | 11/16/2018 | wire | (4,341.18) | | | |
| EcoCarrier-V | 12/07/2018 | wire | (3,251.35) | | | |
| | | | (9,290.13) | 9,290.13 | | |
| | | | | | | |
| Equinix Inc. | 10/30/2018 | ACH | (5,879.46) | | | |
| Equinix Inc. | 11/28/2018 | ACH | (5,879.46) | | | |
| | | | (11,758.92) | | | 11,758.92 |
| | | | | | | |
| ERAVOIP | 10/19/2018 | wire | (6,981.98) | | | |
| ERAVOIP | 11/16/2018 | wire | (5,000.00) | | | |
| | | | (11,981.98) | 11,981.98 | | |
| | | | | | | |
| First Sunrise Group-V | 10/05/2018 | ACH | (5,671.38) | | | |
| First Sunrise Group-V | 10/19/2018 | ACH | (8,673.76) | | | |
| First Sunrise Group-V | 11/02/2018 | ACH | (7,652.11) | | | |
| First Sunrise Group-V | 11/09/2018 | ACH | (6,688.72) | | | |
| First Sunrise Group-V | 11/16/2018 | ACH | (5,953.36) | | | |
| First Sunrise Group-V | 12/11/2018 | ACH | (11,813.98) | | | |
| First Sunrise Group-V | 12/18/2018 | ACH | (11,014.32) | | | |
| | | | (57,467.63) | 57,467.63 | | |
| | | | | | | |
| Global Telecom - V | 11/09/2018 | wire | (4,032.81) | | | |
| Global Telecom - V | 12/26/2018 | wire | (2,588.44) | | | |
| Global Telecom - V | 12/27/2018 | wire | (500.00) | | | |
| | | | (7,121.25) | 7,121.25 | | |
| | | | | | | |
| Globe Teleservices (GTS) | 10/15/2018 | wire | (3,493.03) | | | |
| Globe Teleservices (GTS) | 11/20/2018 | wire | (3,000.00) | | | |
| Globe Teleservices (GTS) | 11/29/2018 | wire | (3,001.02) | | | |
| Globe Teleservices (GTS) | 12/26/2018 | wire | (993.35) | | | |
| | | | (10,487.40) | 10,487.40 | | |
| | | | | | | |
| Golem-V | 11/16/2018 | wire | (6,820.02) | 6,820.02 | | |
| | | | | | | |
| HGC Global Communications | 10/23/2018 | wire | (13,257.47) | 13,257.47 | | |

# BT Group, Inc.
## Payments to Creditors in excess of $6425
### Last 90 Days

| | | | | |
|---|---|---|---|---|
| IDT Domestic Telecom, Inc | 12/07/2018 | ACH | (10,942.96) | 10,942.96 |
| | | | | |
| Jass Benny George | 10/03/2018 | wire | (2,041.63) | |
| Jass Benny George | 11/02/2018 | wire | (2,041.63) | |
| Jass Benny George | 11/29/2018 | wire | (2,041.63) | |
| Jass Benny George | 12/17/2018 | wire | (2,138.70) | |
| Jass Benny George | 12/19/2018 | wire | (2,041.63) | |
| Jass Benny George | 12/20/2018 | wire | (2,041.63) | |
| Jass Benny George | 12/26/2018 | wire | (2,391.63) | |
| | | | (14,738.48) | 14,738.48 |
| | | | | |
| LANCK Telecom | 10/17/2018 | ACH | (3,283.13) | |
| LANCK Telecom | 12/10/2018 | ACH | (1,280.18) | |
| LANCK Telecom | 12/19/2018 | ACH | (2,216.46) | |
| | | | (6,779.77) | 6,779.77 |
| | | | | |
| Lensol's LLC-V | 10/03/2018 | ACH | (3,288.87) | |
| Lensol's LLC-V | 10/12/2018 | ACH | (13,113.96) | |
| Lensol's LLC-V | 10/23/2018 | ACH | (5,000.00) | |
| Lensol's LLC-V | 11/02/2018 | ACH | (4,942.33) | |
| Lensol's LLC-V | 11/16/2018 | ACH | (8,029.32) | |
| | | | (34,374.48) | 34,374.48 |
| | | | | |
| Liquid-V | 10/05/2018 | wire | (9,693.65) | 9,693.65 |
| | | | | |
| Maple Telecommunications FZE | 10/03/2018 | wire | (3,668.16) | |
| Maple Telecommunications FZE | 10/16/2018 | wire | (5,000.00) | |
| Maple Telecommunications FZE | 11/02/2018 | wire | (6,641.11) | |
| | | | (15,309.27) | 15,309.27 |
| | | | | |
| NeuCom Solutions Limited | 10/23/2018 | wire | (4,662.52) | |
| NeuCom Solutions Limited | 11/09/2018 | wire | (4,653.25) | |
| NeuCom Solutions Limited | 12/07/2018 | wire | (4,567.67) | |
| NeuCom Solutions Limited | 12/19/2018 | wire | (4,554.19) | |
| | | | (18,437.63) | 18,437.63 |
| | | | | |
| Nomad Telecom Inc. | 10/31/2018 | wire | (6,999.98) | |
| Nomad Telecom Inc. | 11/16/2018 | wire | (3,777.12) | |
| Nomad Telecom Inc. | 12/27/2018 | wire | (5,497.57) | |
| | | | (16,274.67) | 16,274.67 |
| | | | | |
| PC GLOBALCO | 10/15/2018 | wire | (4,500.00) | |
| PC GLOBALCO | 11/09/2018 | wire | (9,036.94) | |
| | | | (13,536.94) | 13,536.94 |
| PCCW (Bandwidth) | 10/05/2018 | ACH | (1,620.00) | |
| PCCW (Bandwidth) | 11/16/2018 | ACH | (3,240.00) | |

**9:39 AM**
**12/27/18**
**Accrual Basis**

**BT Group, Inc.**
**Payments to Creditors in excess of $6425**
**Last 90 Days**

| | | | | | |
|---|---|---|---|---|---|
| PCCW (Bandwidth) | 12/10/2018 | ACH | (3,240.00) | | |
| | | | (8,100.00) | | 8,100.00 |
| | | | | | |
| Protel | 10/02/2018 | wire | (6,790.04) | | |
| | | | | | |
| PTGI - V | 10/02/2018 | wire | (4,399.81) | | |
| PTGI - V | 10/05/2018 | wire | (19,864.64) | | |
| PTGI - V | 10/12/2018 | wire | (9,107.16) | | |
| | | | (33,371.61) | 33,371.61 | |
| | | | | | |
| Protel | 12/28/2018 | wire | (7,133.64) | 7,133.64 | |
| | | | | | |
| Qatama Ltd-V | 10/15/2018 | wire | (8,910.11) | | |
| Qatama Ltd-V | 12/27/2018 | wire | (2,250.29) | | |
| | | | (11,160.40) | 11,160.40 | |
| | | | | | |
| Ricochet | 11/02/2018 | ACH | (7,912.17) | | |
| Ricochet | 11/16/2018 | ACH | (6,782.97) | | |
| Ricochet | 12/18/2018 | ACH | (1,370.62) | | |
| | | | (16,065.76) | 16,065.76 | |
| | | | | | |
| Safaricom-V | 10/02/2018 | wire | (12,189.63) | 12,189.63 | |
| | | | | | |
| Saicom Voice Services | 10/03/2018 | wire | (7,232.05) | 7,232.05 | |
| | | | | | |
| Samitel Limited | 10/03/2018 | wire | (5,093.34) | | |
| Samitel Limited | 11/09/2018 | wire | (5,809.05) | | |
| Samitel Limited | 11/29/2018 | wire | (4,204.46) | | |
| Samitel Limited | 12/27/2018 | wire | (14,903.04) | | |
| Samitel Limited | 12/28/2018 | wire | (12,259.42) | | |
| | | | (42,269.31) | 42,269.31 | |
| | | | | | |
| Smart Telecard Inc. | 12/18/2018 | ACH | (6,499.53) | 6,499.53 | |
| | | | | | |
| Symmetry Networks | 10/05/2018 | wire | (9,356.47) | | |
| Symmetry Networks | 12/14/2018 | wire | (8,731.46) | | |
| Symmetry Networks | 12/20/2018 | wire | (5,646.37) | | |
| | | | (23,734.30) | 23,734.30 | |
| | | | | | |
| Telasco Communications Ltd | 10/09/2018 | wire | (2,625.79) | | |
| Telasco Communications Ltd | 10/24/2018 | wire | (2,885.41) | | |
| Telasco Communications Ltd | 12/12/2018 | wire | (2,991.63) | | |
| | | | (8,502.83) | 8,502.83 | |
| | | | | | |
| Telecall | 11/02/2018 | ACH | (8,760.93) | 8,760.93 | |
| | | | | | |
| Telia Carrier-V (Teliasonera) | 10/05/2018 | ACH | (3,129.22) | | |

**BT Group, Inc**

# Payments to Creditors in excess of $6425
**Last 90 Days**

| | | | | |
|---|---|---|---|---|
| Telia Carrier-V (Teliasonera) | 10/12/2018 | ACH | (9,063.36) | |
| Telia Carrier-V (Teliasonera) | 11/02/2018 | ACH | (12,726.81) | |
| Telia Carrier-V (Teliasonera) | 11/16/2018 | ACH | (24,168.51) | |
| Telia Carrier-V (Teliasonera) | 12/10/2018 | ACH | (18,223.27) | |
| Telia Carrier-V (Teliasonera) | 12/17/2018 | ACH | (27,138.54) | |
| | | | (94,449.65) | 94,449.65 |
| | | | | |
| TeO Global Limited | 10/05/2018 | wire | (6,756.91) | |
| TeO Global Limited | 10/19/2018 | wire | (2,343.33) | |
| TeO Global Limited | 11/16/2018 | wire | (3,111.75) | |
| TeO Global Limited | 12/27/2018 | wire | (1,040.90) | |
| | | | (13,252.89) | 13,252.89 |
| | | | | |
| TermSat, Inc | 10/09/2018 | ACH | (3,330.21) | |
| TermSat, Inc | 10/12/2018 | ACH | (3,000.00) | |
| TermSat, Inc | 10/16/2018 | ACH | (4,694.19) | |
| TermSat, Inc | 10/23/2018 | ACH | (3,000.00) | |
| TermSat, Inc | 11/08/2018 | ACH | (5,660.07) | |
| TermSat, Inc | 11/20/2018 | ACH | (5,161.70) | |
| | | | (24,846.17) | 24,846.17 |
| | | | | |
| Toos Telecom | 10/05/2018 | wire | (3,023.99) | |
| Toos Telecom | 10/23/2018 | wire | (3,637.81) | |
| Toos Telecom | 11/16/2018 | wire | (2,224.25) | |
| Toos Telecom | 12/07/2018 | wire | (6,429.07) | |
| Toptel FZE CLI | 12/05/2018 | wire | (4,110.13) | |
| | | | (19,425.25) | 19,425.25 |
| | | | | |
| TURK Telekom Int'l AT AG | 10/05/2018 | wire | (20,507.25) | |
| TURK Telekom Int'l AT AG | 12/03/2018 | wire | (7,642.44) | |
| | | | (28,149.69) | 28,149.69 |
| | | | | |
| U2Telecom-V | 10/15/2018 | wire | (5,222.33) | |
| | | | | |
| United Health Care | 10/01/2018 | online | (8,168.47) | |
| United Health Care | 11/01/2018 | online | (8,168.47) | |
| United Health Care | 12/03/2018 | online | (6,956.79) | |
| | | | (23,293.73) | 23,293.73 |
| | | | | |
| Virginia Village Holdings, LLC | 10/29/2018 | 10102 | (5,646.50) | |
| Virginia Village Holdings, LLC | 11/28/2018 | 10104 | (5,646.50) | |
| | | | (11,293.00) | 11,293.00 |
| | | | | |
| WebCDR | 10/02/2018 | ACH | (5,649.93) | |
| WebCDR | 11/28/2018 | ACH | (5,553.10) | |
| WebCDR | 12/10/2018 | ACH | (5,447.12) | |
| WebCDR | 12/18/2018 | ACH | (5,918.57) | |
| WebCDR | 12/28/2018 | ACH | (4,221.00) | |

**9:39 AM**
**12/27/18**
**Accrual Basis**

**BT Group, Inc.**

## Payments to Creditors in excess of $6425
**Last 90 Days**

| | | | | | |
|---|---|---|---|---|---|
| | | | (26,789.72) | | 26,789.72 |
| Wells Fargo | 10/11/2018 | draft | (1,713.92) | | |
| Wells Fargo | 10/18/2018 | | (45.00) | | |
| Wells Fargo | 11/02/2018 | online | (564.37) | | |
| Wells Fargo | 11/02/2018 | online | (509.07) | | |
| Wells Fargo | 11/13/2018 | draft | (2,499.47) | | |
| Wells Fargo | 11/19/2018 | online | (382.94) | | |
| Wells Fargo | 12/11/2018 | draft | (1,835.32) | | |
| | | | (7,550.09) | | 7,550.09 |
| WIC WorldCom International | 10/09/2018 | wire | (5,347.61) | | |
| WIC WorldCom International | 10/23/2018 | wire | (1,901.48) | | |
| WIC WorldCom International | 12/12/2018 | wire | (2,903.29) | | |
| | | | (10,152.38) | 10,152.38 | |
| Yappingo Limited | 11/28/2018 | wire | (4,511.37) | | |
| Yappingo Limited | 12/12/2018 | wire | (4,122.82) | | |
| Yappingo Limited | 12/27/2018 | wire | (1,591.49) | | |
| Yappingo Limited | 12/27/2018 | wire | (1,591.49) | | |
| | | | (11,817.17) | 11,817.17 | |
| | | | $ 776,129.59 | $ 214,607.12 | $ 66,404.75 |

**Section 5, Part 4 Payments or other transfers to insiders**

| Insider's name | Relationship to debtor | Dates of Payments | Amount Paid | Reason for payment |
|---|---|---|---|---|
| Sossina Tafari | Officer/Shareholder | 1/11/2018 | 2,872.51 | Travel allowance, Dubai 1/14-20 |
| Sossina Tafari | Officer/Shareholder | 1/15/2018 | 2,873.51 | Net payroll |
| Sossina Tafari | Officer/Shareholder | 1/31/2018 | 3,003.03 | Net payroll |
| Sossina Tafari | Officer/Shareholder | 2/7/2018 | 600.00 | Travel allowance, London-GCCM |
| Sossina Tafari | Officer/Shareholder | 2/15/2018 | 3,107.70 | Net payroll |
| Sossina Tafari | Officer/Shareholder | 2/28/2018 | 3,034.17 | Net payroll |
| Sossina Tafari | Officer/Shareholder | 3/15/2018 | 3,034.19 | Net payroll |
| Sossina Tafari | Officer/Shareholder | 3/31/2018 | 3,034.19 | Net payroll |
| Sossina Tafari | Officer/Shareholder | 4/13/2018 | 3,034.17 | Net payroll |
| Sossina Tafari | Officer/Shareholder | 4/30/2018 | 3,034.19 | Net payroll |
| Sossina Tafari | Officer/Shareholder | 5/15/2018 | 2,423.30 | Net payroll |
| Sossina Tafari | Officer/Shareholder | 5/15/2018 | 832.04 | Balance of 5/15 payroll |
| Sossina Tafari | Officer/Shareholder | 5/31/2018 | 3,034.19 | Net payroll |
| Sossina Tafari | Officer/Shareholder | 6/15/2018 | 3,050.93 | Net payroll |
| Sossina Tafari | Officer/Shareholder | 6/21/2018 | 3,750.00 | Cash: $3,000 Dubai NOC rent; $750 travel allowance |
| Sossina Tafari | Officer/Shareholder | 6/30/2018 | 3,034.17 | Net payroll |
| Sossina Tafari | Officer/Shareholder | 7/15/2018 | 3,034.19 | Net payroll |
| Sossina Tafari | Officer/Shareholder | 7/31/2018 | 3,034.18 | Net payroll |
| Sossina Tafari | Officer/Shareholder | 8/15/2018 | 3,034.18 | Net payroll |
| Sossina Tafari | Officer/Shareholder | 8/31/2018 | 3,055.37 | Net payroll |
| Sossina Tafari | Officer/Shareholder | 9/15/2018 | 3,002.00 | Net payroll |
| Sossina Tafari | Officer/Shareholder | 9/30/2018 | 3,002.02 | Net payroll |
| Sossina Tafari | Officer/Shareholder | 10/15/2018 | 3,002.01 | Net payroll |
| Sossina Tafari | Officer/Shareholder | 10/31/2018 | 3,002.01 | Net payroll |
| Sossina Tafari | Officer/Shareholder | 11/15/2018 | 3,002.02 | Net payroll |
| Sossina Tafari | Officer/Shareholder | 11/30/2018 | 2,550.94 | Net payroll |
| Sossina Tafari | Officer/Shareholder | 11/30/2008 | 832.04 | Balance of 11/30 payroll |
| Sossina Tafari | Officer/Shareholder | 12/7/2018 | 1,288.00 | Per diem (2) Dubai 12/8-14 (GSA per diem table) |
| Sossina Tafari | Officer/Shareholder | 12/14/2018 | 14,447.58 | Net payroll: 12/1-31; 1/2-15; accrued PTO |
| Yolanda Faerber | Officer/Shareholder | 1/15/2018 | 2,123.72 | Net payroll |
| Yolanda Faerber | Officer/Shareholder | 1/31/2018 | 2,191.91 | Net payroll |
| Yolanda Faerber | Officer/Shareholder | 2/15/2018 | 2,191.91 | Net payroll |
| Yolanda Faerber | Officer/Shareholder | 2/28/2018 | 2,191.92 | Net payroll |
| Yolanda Faerber | Officer/Shareholder | 3/15/2018 | 2,191.91 | Net payroll |
| Yolanda Faerber | Officer/Shareholder | 3/31/2018 | 2,191.92 | Net payroll |
| Yolanda Faerber | Officer/Shareholder | 4/13/2018 | 2,191.92 | Net payroll |
| Yolanda Faerber | Officer/Shareholder | 4/30/2018 | 2,191.91 | Net payroll |
| Yolanda Faerber | Officer/Shareholder | 5/15/2018 | 2,191.91 | Net payroll |
| Yolanda Faerber | Officer/Shareholder | 5/31/2018 | 2,191.92 | Net payroll |
| Yolanda Faerber | Officer/Shareholder | 6/15/2018 | 2,191.92 | Net payroll |
| Yolanda Faerber | Officer/Shareholder | 6/30/2018 | 2,191.91 | Net payroll |
| Yolanda Faerber | Officer/Shareholder | 7/15/2018 | 2,191.91 | Net payroll |
| Yolanda Faerber | Officer/Shareholder | 7/31/2018 | 2,191.92 | Net payroll |
| Yolanda Faerber | Officer/Shareholder | 8/15/2018 | 2,191.91 | Net payroll |
| Yolanda Faerber | Officer/Shareholder | 8/31/2018 | 2,191.91 | Net payroll |
| Yolanda Faerber | Officer/Shareholder | 9/15/2018 | 2,191.92 | Net payroll |
| Yolanda Faerber | Officer/Shareholder | 9/30/2018 | 2,192.75 | Net payroll |
| Yolanda Faerber | Officer/Shareholder | 10/15/2018 | 2,192.74 | Net payroll |

| | | | | |
|---|---|---|---|---|
| Yolanda Faerber | Officer/Shareholder | 10/31/2018 | 2,192.75 | Net payroll |
| Yolanda Faerber | Officer/Shareholder | 11/15/2018 | 2,192.74 | Net payroll |
| Yolanda Faerber | Officer/Shareholder | 11/30/2018 | 2,192.74 | Net payroll |
| Yolanda Faerber | Officer/Shareholder | 12/14/2018 | 5,578.71 | Net payroll: 12/1-31; 1/2-15 |
| Katherine Fuller | Officer/Shareholder | 1/15/2018 | 2,471.66 | Net payroll |
| Katherine Fuller | Officer/Shareholder | 1/31/2018 | 2,547.20 | Net payroll |
| Katherine Fuller | Officer/Shareholder | 2/15/2018 | 2,546.84 | Net payroll |
| Katherine Fuller | Officer/Shareholder | 2/28/2018 | 2,546.86 | Net payroll |
| Katherine Fuller | Officer/Shareholder | 3/15/2018 | 2,546.86 | Net payroll |
| Katherine Fuller | Officer/Shareholder | 3/31/2018 | 2,546.86 | Net payroll |
| Katherine Fuller | Officer/Shareholder | 4/13/2018 | 2,546.85 | Net payroll |
| Katherine Fuller | Officer/Shareholder | 4/27/2018 | 200.00 | Replenish petty cash |
| Katherine Fuller | Officer/Shareholder | 4/30/2018 | 2,546.85 | Net payroll |
| Katherine Fuller | Officer/Shareholder | 5/15/2018 | 2,546.86 | Net payroll |
| Katherine Fuller | Officer/Shareholder | 5/31/2018 | 2,546.86 | Net payroll |
| Katherine Fuller | Officer/Shareholder | 6/15/2018 | 2,572.66 | Net payroll |
| Katherine Fuller | Officer/Shareholder | 6/30/2018 | 2,546.85 | Net payroll |
| Katherine Fuller | Officer/Shareholder | 7/15/2018 | 2,546.86 | Net payroll |
| Katherine Fuller | Officer/Shareholder | 7/31/2018 | 2,546.86 | Net payroll |
| Katherine Fuller | Officer/Shareholder | 8/15/2018 | 2,546.86 | Net payroll |
| Katherine Fuller | Officer/Shareholder | 8/31/2018 | 2,546.85 | Net payroll |
| Katherine Fuller | Officer/Shareholder | 9/15/2018 | 2,546.86 | Net payroll |
| Katherine Fuller | Officer/Shareholder | 9/30/2018 | 2,545.67 | Net payroll |
| Katherine Fuller | Officer/Shareholder | 10/15/2018 | 2,574.35 | Net payroll |
| Katherine Fuller | Officer/Shareholder | 10/31/2018 | 2,545.67 | Net payroll |
| Katherine Fuller | Officer/Shareholder | 11/15/2018 | 2,545.66 | Net payroll |
| Katherine Fuller | Officer/Shareholder | 11/30/2018 | 2,601.18 | Net payroll |
| Katherine Fuller | Officer/Shareholder | 12/14/2018 | 8,345.46 | Net payroll: 12/1-31; 1/2-15; accrued PTO |

**Statement of Financial Affairs, Q. 30 Payments or other transfers to insiders**

| Insider's name | Relationship to debtor | Dates of Payments | Amount Paid | Reason for payment |
|---|---|---|---|---|
| Sossina Tafari | Officer/Shareholder | 1/11/2018 | 2,872.51 | Travel allowance, Dubai 1/14-20 |
| Sossina Tafari | Officer/Shareholder | 1/15/2018 | 2,873.51 | Net payroll |
| Sossina Tafari | Officer/Shareholder | 1/31/2018 | 3,003.03 | Net payroll |
| Sossina Tafari | Officer/Shareholder | 2/7/2018 | 600.00 | Travel allowance, London-GCCM |
| Sossina Tafari | Officer/Shareholder | 2/15/2018 | 3,107.70 | Net payroll |
| Sossina Tafari | Officer/Shareholder | 2/28/2018 | 3,034.17 | Net payroll |
| Sossina Tafari | Officer/Shareholder | 3/15/2018 | 3,034.19 | Net payroll |
| Sossina Tafari | Officer/Shareholder | 3/31/2018 | 3,034.19 | Net payroll |
| Sossina Tafari | Officer/Shareholder | 4/13/2018 | 3,034.17 | Net payroll |
| Sossina Tafari | Officer/Shareholder | 4/30/2018 | 3,034.19 | Net payroll |
| Sossina Tafari | Officer/Shareholder | 5/15/2018 | 2,423.30 | Net payroll |
| Sossina Tafari | Officer/Shareholder | 5/15/2018 | 832.04 | Balance of 5/15 payroll |
| Sossina Tafari | Officer/Shareholder | 5/31/2018 | 3,034.19 | Net payroll |
| Sossina Tafari | Officer/Shareholder | 6/15/2018 | 3,050.93 | Net payroll |
| Sossina Tafari | Officer/Shareholder | 6/21/2018 | 3,750.00 | Cash: $3,000 Dubai NOC rent; $750 travel allowance |
| Sossina Tafari | Officer/Shareholder | 6/30/2018 | 3,034.17 | Net payroll |
| Sossina Tafari | Officer/Shareholder | 7/15/2018 | 3,034.19 | Net payroll |
| Sossina Tafari | Officer/Shareholder | 7/31/2018 | 3,034.18 | Net payroll |
| Sossina Tafari | Officer/Shareholder | 8/15/2018 | 3,034.18 | Net payroll |
| Sossina Tafari | Officer/Shareholder | 8/31/2018 | 3,055.37 | Net payroll |
| Sossina Tafari | Officer/Shareholder | 9/15/2018 | 3,002.00 | Net payroll |
| Sossina Tafari | Officer/Shareholder | 9/30/2018 | 3,002.02 | Net payroll |
| Sossina Tafari | Officer/Shareholder | 10/15/2018 | 3,002.01 | Net payroll |
| Sossina Tafari | Officer/Shareholder | 10/31/2018 | 3,002.01 | Net payroll |
| Sossina Tafari | Officer/Shareholder | 11/15/2018 | 3,002.02 | Net payroll |
| Sossina Tafari | Officer/Shareholder | 11/30/2018 | 2,550.94 | Net payroll |
| Sossina Tafari | Officer/Shareholder | 11/30/2008 | 832.04 | Balance of 11/30 payroll |
| Sossina Tafari | Officer/Shareholder | 12/7/2018 | 1,288.00 | Per diem (2) Dubai 12/8-14 (GSA per diem table) |
| Sossina Tafari | Officer/Shareholder | 12/14/2018 | 14,447.58 | Net payroll: 12/1-31; 1/2-15; accrued PTO |
| Yolanda Faerber | Officer/Shareholder | 1/15/2018 | 2,123.72 | Net payroll |
| Yolanda Faerber | Officer/Shareholder | 1/31/2018 | 2,191.91 | Net payroll |
| Yolanda Faerber | Officer/Shareholder | 2/15/2018 | 2,191.91 | Net payroll |
| Yolanda Faerber | Officer/Shareholder | 2/28/2018 | 2,191.92 | Net payroll |
| Yolanda Faerber | Officer/Shareholder | 3/15/2018 | 2,191.91 | Net payroll |
| Yolanda Faerber | Officer/Shareholder | 3/31/2018 | 2,191.92 | Net payroll |
| Yolanda Faerber | Officer/Shareholder | 4/13/2018 | 2,191.92 | Net payroll |
| Yolanda Faerber | Officer/Shareholder | 4/30/2018 | 2,191.91 | Net payroll |
| Yolanda Faerber | Officer/Shareholder | 5/15/2018 | 2,191.91 | Net payroll |
| Yolanda Faerber | Officer/Shareholder | 5/31/2018 | 2,191.92 | Net payroll |
| Yolanda Faerber | Officer/Shareholder | 6/15/2018 | 2,191.92 | Net payroll |
| Yolanda Faerber | Officer/Shareholder | 6/30/2018 | 2,191.91 | Net payroll |
| Yolanda Faerber | Officer/Shareholder | 7/15/2018 | 2,191.91 | Net payroll |
| Yolanda Faerber | Officer/Shareholder | 7/31/2018 | 2,191.92 | Net payroll |
| Yolanda Faerber | Officer/Shareholder | 8/15/2018 | 2,191.91 | Net payroll |
| Yolanda Faerber | Officer/Shareholder | 8/31/2018 | 2,191.91 | Net payroll |
| Yolanda Faerber | Officer/Shareholder | 9/15/2018 | 2,191.92 | Net payroll |
| Yolanda Faerber | Officer/Shareholder | 9/30/2018 | 2,192.75 | Net payroll |
| Yolanda Faerber | Officer/Shareholder | 10/15/2018 | 2,192.74 | Net payroll |

| Yolanda Faerber | Officer/Shareholder | 10/31/2018 | 2,192.75 | Net payroll |
|---|---|---|---|---|
| Yolanda Faerber | Officer/Shareholder | 11/15/2018 | 2,192.74 | Net payroll |
| Yolanda Faerber | Officer/Shareholder | 11/30/2018 | 2,192.74 | Net payroll |
| Yolanda Faerber | Officer/Shareholder | 12/14/2018 | 5,578.71 | Net payroll: 12/1-31; 1/2-15 |
| Katherine Fuller | Officer/Shareholder | 1/15/2018 | 2,471.66 | Net payroll |
| Katherine Fuller | Officer/Shareholder | 1/31/2018 | 2,547.20 | Net payroll |
| Katherine Fuller | Officer/Shareholder | 2/15/2018 | 2,546.84 | Net payroll |
| Katherine Fuller | Officer/Shareholder | 2/28/2018 | 2,546.86 | Net payroll |
| Katherine Fuller | Officer/Shareholder | 3/15/2018 | 2,546.86 | Net payroll |
| Katherine Fuller | Officer/Shareholder | 3/31/2018 | 2,546.86 | Net payroll |
| Katherine Fuller | Officer/Shareholder | 4/13/2018 | 2,546.85 | Net payroll |
| Katherine Fuller | Officer/Shareholder | 4/27/2018 | 200.00 | Replenish petty cash |
| Katherine Fuller | Officer/Shareholder | 4/30/2018 | 2,546.85 | Net payroll |
| Katherine Fuller | Officer/Shareholder | 5/15/2018 | 2,546.86 | Net payroll |
| Katherine Fuller | Officer/Shareholder | 5/31/2018 | 2,546.86 | Net payroll |
| Katherine Fuller | Officer/Shareholder | 6/15/2018 | 2,572.66 | Net payroll |
| Katherine Fuller | Officer/Shareholder | 6/30/2018 | 2,546.85 | Net payroll |
| Katherine Fuller | Officer/Shareholder | 7/15/2018 | 2,546.86 | Net payroll |
| Katherine Fuller | Officer/Shareholder | 7/31/2018 | 2,546.86 | Net payroll |
| Katherine Fuller | Officer/Shareholder | 8/15/2018 | 2,546.86 | Net payroll |
| Katherine Fuller | Officer/Shareholder | 8/31/2018 | 2,546.85 | Net payroll |
| Katherine Fuller | Officer/Shareholder | 9/15/2018 | 2,546.86 | Net payroll |
| Katherine Fuller | Officer/Shareholder | 9/30/2018 | 2,545.67 | Net payroll |
| Katherine Fuller | Officer/Shareholder | 10/15/2018 | 2,574.35 | Net payroll |
| Katherine Fuller | Officer/Shareholder | 10/31/2018 | 2,545.67 | Net payroll |
| Katherine Fuller | Officer/Shareholder | 11/15/2018 | 2,545.66 | Net payroll |
| Katherine Fuller | Officer/Shareholder | 11/30/2018 | 2,601.18 | Net payroll |
| Katherine Fuller | Officer/Shareholder | 12/14/2018 | 8,345.46 | Net payroll: 12/1-31; 1/2-15; accrued PTO |

## United States Bankruptcy Court
### Eastern District of Virginia

In re    **BT Group, Inc**
_____
                                    Debtor(s)

Case No. _____

Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 8,950.00 |
| Prior to the filing of this statement I have received | $ | 8,950.00 |
| Balance Due | $ | 0.00 |

2.    $  **335.00**   of the filing fee has been paid.

3.    The source of the compensation paid to me was:

   ■ Debtor        ☐ Other *(specify)*

4.    The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other *(specify)*

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   Other provisions as needed:

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:
         **Representation in adversary proceedings, contested matters, audits or motions under Bankruptcy Code § 707.**

# CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **December 31, 2018** | **/s/ David E. Lynn** |
| *Date* | **David E. Lynn VSB#90409** |
| | *Signature of Attorney* |
| | **David E. Lynn, P.C.** |
| | *Name of Law Firm* |
| | **15245 Shady Grove Road, Suite 465 N** |
| | **Rockville, MD 20850** |
| | **301-255-0100** |

---

*For use in Chapter 13 Cases where Fees Requested <u>Not in Excess of $5,223</u>*
*<u>(For all Cases Filed on or after 01/01/2018)</u>*

## NOTICE TO DEBTOR(S), STANDING CHAPTER 13 TRUSTEE AND UNITED STATES TRUSTEE
## PURSUANT TO LOCAL BANKRUPTCY RULE 2016-1(C) AND
## CLERK'S CM/ECF POLICY 9

Notice is hereby given that pursuant to Local Bankruptcy Rule 2016-1(C), you must file an objection with the court to the fees requested in this disclosure of compensation opposing said fees in their entirety, or in a specific amount, no later than the last day for filing objections to confirmation of the chapter 13 plan.

### PROOF OF SERVICE

The undersigned hereby certifies that on this date the foregoing Notice was served upon the debtor(s), the standing Chapter 13 trustee, and U. S. trustee pursuant to Local Bankruptcy Rule 2016-1(C) and the Clerk's CM/ECF Policy 9, either electronically or in paper form (first class mail).

| | |
|---|---|
| *Date* | *Signature of Attorney* |

Atterbury Lakes
Milton Keynes
UNITED KINGDOM
.

China Telecom Global Limited
38th Floor, Everbright Center
108 Gloucester Rd. Wanchai
HONG KONG

Euroweb Romania Wholesale V
102 Lipscani Street, 3rd Floor
Bucharest 30039
ROMANIA

Afinna One s.r.l. Legal Dept.
Viadat. Giovanni Gronchi 11/13
Rome, 00139
ITALY

Cogent Communications
2450 N Street NW
Washington, DC 20037

First Tech Dev PTE, LTD.
Mahreen Nasir
1 North Bridge Road
SINGAPORE

Akton d.o.o.
Dunajska cesta 9
Ljubijana 1000
SLOVENIA

Data Access Solutions Inc.
15 Wertheim Court Unit 107
Richmond Hill, Ontario
CANADA

GCN Global Commun.Networks
Billing - 353 West 48th Street
4th Floor, Suite 340
New York, NY 10036

Annecto Telecom Ltd
1 Bell Street, 2nd Floor
London NW1 5BY
UNITED KINGDOM

Dial Telecommunications LP
24 Station Square, Suite 16
Inverness 1V1 1LD
SCOTLAND

Golem.com sri Marco D'Aurelio
via Morimondo 26
Milan 201
ITALY

Argon Telecom Svcs/A.Halsall
93-95 Gloucester Place
London W1U 6JQ
UNITED KINGDOM

Digitalk
488 Madison Avenue
New York, NY 10022

Gsoft Technologies FZC Legal
UAE Freezone Business Centre
3 Ras Al Khaimah Free Zone
UAE

Arptel DMCC
6066 Mazaya Bus. Ave BBI
Jumeirah Lakes Tow. Dubai
UAE

ECO Networks SIA
Ludmila Kudrjashova -Duntes 6
Riga LV-1013
LATVIA

HGC Global Commun.Ltd .
17/F Hutchison Telecom Tower
99 Cheung Fai Road Tsing Yi
HONG KONG

Asia Telecom Limited
16/F Tai Yip Bldg.
141 Thomson Road, Wanchai
HONG KONG

Epsilon Telecommunications
Telephone House, 3rd Floor
69-77 Paul St London EC2A 4NW
UNITED KINGDOM

Janacom LTD
8 St James Crescent
Swansea SA1 6DZ
UNITED KINGDOM

AVYS Wholesale LDA
Rua Joaquim Antonio de Aguiar
N N 45 2 Esq, Lisbon 1070-1050
PORTUGAL

Epsilon Telecommunications
Telephone House, 3rd Floor
69-77 Paul St. London EC2A 4NW
UNITED KINGDOM

Jigsaw Solutions Inc.
New Horizon Bldg, Ground Flr.
3/12Miles PhilipSW BelizeCity
BELIZE

BAWAY LLC
801 Brickell Avenue Suite 900
Miami, FL 33131

Equinix, Inc.
4252 Solutions Center
Chicago, IL 60677-4002

Junctionz Limited
Level 6D Main Ofc Twr FinanPrk
87018 Labuan, F.T. Labaun
MALAYSIA

Capital City Svc. Ltd.
A Tarakanov /54 Clarendon Rd
Watford Hertfordshire WD171DU
UNITED KINGDOM

ERAMAT LTD/ERAVOIP Legal
Blk A 15/F Hiller Commerican
65-67 BohnamStr E Sheung Wan
HONG KONG

Lensol's LLC
848 N Rainbow Road
Las Vegas, NV 89107

Lexico Telecom Legal Dept
P.O. Box 3321
Drake Chambers Rd. Tortola
BVI

Safarifone Inc./Ops. Mgt
1920 Weston Road Suite 207
Toronto, Ontario
CANADA

Town of Leesburg
25 W Market Street
Leesburg, VA 20176


Liquid Telecom Kenya Limited
SameerBusPk BlockA Mombasa
P.O. Box 62499-00200 Nairobi
KENYA

Saicom Voice Services(PTY)Ltd.
158 Jan Smuts Ave, Rosebank
Johannesburg, Gauteng 2121
SOUTH AFRICA

Turk Telecom Intl AT AG
PUnited Kingdom s T.u. 8-10 H
2040 Buda rs
HUNGARY


Mainberg Ltd.
#D, 11/F Kings Tower Kowloon
111 King Lam St, Lai Chi Kok
HONG KONG

SIPStatus Legal Department
Alexandru Iaon Cuza Blvd.
Bucharest
ROMANIA

U2 Telecom Inc.
998 Harbourside Drive Ste 124
N Vancouver, BC
CANADA


N.C. Net-Connect (CY) Ltd.
2 Ayios Pavlos & Kadmos Street
Wisdom Twr, 3rd Flr Nicosia
CYPRUS

SSH Networks
204-B Swiss Towers
Jumeirah Lake, Dubai
UAE

Virginia Village Holdings LLC
c/o Keane Enterprises
44031 Pipeline Plaze, Ste.100
Leesburg, VA 20175


OM Telentia Limited
Rm603, 6/FS.China Indl Bldg1
ChunPin, Kwai Chung NewTer
HONG KONG

TATA Communications (Amer)
2355 Dulles Corner Blvd
7th Floor
Herndon, VA 20171

Virginia Village Holdings, LLC
PO Box 1789
Ashburn, VA 20146


PC Global Offshore S.A.L.
Mouzannar Plaza, 3rd Floor
Beirut
LEBANON

Technology Distribution Ltd.
18-24 Stoke Road
Slough, Berkshire SL2 5AG
UNITED KINGDOM

VoIPShop TelecomLegal Dept
64 Arami str. Boulevard Plaza
87 Yerevan 0002
ARMENIA


Progressive Telecom, LLC
3422 Old Capitol Trail
Suite 1483
Wilmington, DE 19808

TELASCO Communications Ltd
Dept 706 19-21 Crawford Street
London W1H IPJ
UNITED KINGDOM

Wavecrest Ltd. Legal/Contracts
1st Flr Bishopgate Court
4-12 Norton Folg London E1 6DB
UNITED KINGDOM


Rovex Limited
Clarence Thomas Building
Box 4649 Road Town, Tortola
BVI

Telecom Services Network
Shruti Vashishth
4231 Dant Blvd
Reno, NV 89509

World Hub Commun PTE, LTD
4F Bonham Trade Centre #403
50BonhamStrandSheungWan
HONG KONG


Safaricom Limited
Safaricom House, Waiyaki Way
P.O. Box 66827 Nairobi 00800
KENYA

TELEFONIX Inc. Billing Dept
410 Chrislea Road, Unit 12
CityofVaughanOntario L4L 8B5
CANADA

Worldcom Intl Commun. Ltd.
103 High St. WaalthamCross
Hertford. EN87AN
UNITED KINGDOM


Safarifone FZ/Somacom
G-06,DIC Building15(Dell Bldg)
Dubai Internet City Dubai
UAE

TOP Wholesale Inc./Telecall
Marcy Building, 2nd Floor
Purcell Est Road Town Tortola
BVI

XICOMM, LLC
Finance Department
555 California Street Ste 4925
San Francisco, CA 94104

Zone Voice Limited
3 Themistokli Dervi Street
Julia House Nicosia 1066
CYPRUS

# United States Bankruptcy Court
### Eastern District of Virginia

In re    <u>BT Group, Inc</u>
Debtor(s)

Case No. _____
Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for <u>BT Group, Inc</u> in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 31, 2018** _____
Date

**/s/ David E. Lynn** _____
**David E. Lynn VSB#90409**
Signature of Attorney or Litigant
Counsel for    **BT Group, Inc**
**David E. Lynn, P.C.**
**15245 Shady Grove Road, Suite 465 N**
**Rockville, MD 20850**
**301-255-0100**
**davidlynn@verizon.net**